IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-00941-TPO

JOSE ANTONIO VEGA PALACIO,

     Petitioner,

v.

JUAN BALTAZAR, Warden of the
Denver Contract Detention Facility;
ROBERT HAGAN, Field Office Director of the
Aurora Field Office, Immigration and Customs Enforcement;
MARKWAYNE MULLIN, Secretary of the
U.S. Department of Homeland Security;
TODD BLANCHE, Acting Attorney General of the United States;

in their official capacities, and

U.S. DEPARTMENT OF HOMELAND SECURITY,

     Respondents.

---

## MINUTE ORDER

**Entered by Timothy P. O'Hara, United States Magistrate Judge, on June 10, 2026.**

On May 6, 2026, this Court granted Petitioner's habeas corpus petition [ECF 11], and Petitioner was provided a bond hearing pursuant to 8 U.S.C. § 1226, ECF 12. In response to this Court ordering another status report to clarify Petitioner's custody status, the Parties submitted a Joint Status Report [ECF 14] confirming that Petitioner has been released.[1]

The Clerk of Court is directed to **close** this case and enter Final Judgment in Petitioner's favor.

---

[1] Petitioner requested that this Court keep this case open until June 2, 2026 for "judicial oversight" over Petitioner's ICE check-in scheduled for May 30, 2026. ECF 14 at 2. This Court's jurisdiction is limited to review Petitioner's challenge that he was "in custody in violation of the Constitution or laws or treaties of the United States." 28 U.S.C. § 2241(c)(3); *see Zadvydas v. Davis*, 533 U.S. 678, 687-88 (2001) (noting limits of § 2241 jurisdiction in immigration proceedings). Petitioner has now been released. To the extent that Petitioner requests continuing review of immigration proceedings post-release, Petitioner has not directed this Court to any legal authority supporting this request.