IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-00941-TPO

JOSE ANTONIO VEGA PALACIO,

      Petitioner,

v.

JUAN BALTAZAR, Warden of the
Denver Contract Detention Facility;
ROBERT HAGAN, Field Office Director of the
Aurora Field Office, Immigration and Customs Enforcement;
MARKWAYNE MULLIN, Secretary of the
U.S. Department of Homeland Security;
TODD BLANCHE, Acting Attorney General of the United States;
in their official capacities, and
U.S. DEPARTMENT OF HOMELAND SECURITY,

      Respondents.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [ECF 11] by Magistrate Judge Timothy P. O'Hara entered on May 6, 2026, and the Minute Order [ECF 15] by Magistrate Judge Timothy P. O'Hara entered on June 10, 2026, it is

ORDERED that Final Judgment is hereby entered in favor of Petitioner and against Respondents. It is further

ORDERED that this case is closed.

DATED at Denver, Colorado this <u>10th</u> day of June, 2026.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK


<u>s/ Jesse Torres</u>
Jesse Torres
Deputy Clerk